# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation, et al.

Plaintiff,

v.

Case No.: 1:16−cv−05802

Honorable Gary Feinerman

Albertson Companies, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Applications to serve in Plaintiffs' leadership structure (or to supplement a prior application) shall be filed by 8/11/2016; responses due by 8/18/2016. Motion for substitution of attorney [66] is granted. Attorneys Sarah L. Brew, Colby Anne Kingsbury, and Kate E. Middleton are terminated as counsel for Defendants Alberton Companies, Inc., Albertsons, LLC, and Supervalu, Inc. Substitute counsel may file their appearances. The 8/9/2016 motion hearing [67] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.