UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE | ) | 16 C 5802 |
| MARKETING AND SALES PRACTICE LITIGATION | ) | MDL 2705 |
| | ) | |
| *This Document Relates to All Cases* | ) | Judge Gary Feinerman |

## MDL CASE MANAGEMENT ORDER NO. 2

    Majority Plaintiffs' motion for appointment of interim co-lead counsel [89] is granted. Moschetta Group's application for leadership positions [46] is denied. Enter order regarding interim co-lead counsel and executive committee. At the 9/22/2016 status hearing [109], the parties shall be prepared to address whether and, if so, how these cases should be tracked.

### STATEMENT

    Two groups of Plaintiffs have sought appointment leadership positions for their attorneys. Both sets of attorneys are well-credentialed and capable of handling this MDL. Majority Plaintiffs' application edges out Moshetta Group's application due to its proposed leadership structure. True, Majority Plaintiffs' proposed structure is more complex than Moshetta Group's, and simplicity often is preferred to complexity. Majority Plaintiffs' structure, however, is appropriate given the particular nature of this MDL—specifically, the fact that there are (at least) four different defendant groups. At this point, it would appear that Majority Plaintiffs' structure is better situated to handle the substantial and procedural distinctions, as well as the confidentiality concerns, that may and will arise among the defendant groups.

September 16, 2016

                                                       United States District Judge

1