UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE  MARKETING AND SALES PRACTICE LITIGATION | ) ) ) | 16 C 5802  MDL 2705 |
| *This Document Relates to All Cases* | ) | Judge Gary Feinerman |

### ORDER REGARDING INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE

Pursuant to Federal Rule of Civil Procedure 23(g)(3), the following attorneys are appointed as Plaintiffs' Interim Co-Lead Counsel:

- Ben Barnow, Barnow and Associates, P.C.
- Timothy G. Blood, Blood Hurst & O'Reardon LLP
- Lori G. Feldman, Levi & Korsinsky LLP

Interim Co-Lead Counsel shall have day-to-day responsibility for the conduct of the litigation; shall determine how to prosecute the case; and shall initiate, coordinate, and supervise the efforts of Plaintiffs' counsel in the litigation in the areas of discovery, motion practice, briefing, trial, appeal, and settlement. Interim Co-Lead Counsel shall have the following responsibilities, with appropriate input from individual plaintiff's counsel:

  (A)  Finalizing and filing all pleadings, briefs, motions, and other papers on behalf of Plaintiffs and the putative classes;

  (B)  Initiating, coordinating, and conducting all pretrial discovery for the benefit of Plaintiffs and the putative classes, including causing the issuance of interrogatories, document requests, requests for admission, subpoenas, and examining witnesses at depositions;

1

(C) Conducting all settlement negotiations on behalf of Plaintiffs and the putative classes;

(D) Appearing for Plaintiffs at pretrial proceedings, subject to any right of individual plaintiffs' counsel to present non-repetitive, individual, or different positions;

(E) Conducting trial and post-trial proceedings;

(F) Conducting appeals;

(G) Consulting with and employing consultants and experts;

(H) Negotiating and entering into stipulations;

(I) Monitoring the activities of the Executive Committee and individual plaintiffs' counsel to ensure that schedules are met and unnecessary expenditures of time and money are avoided;

(J) Coordinating and communicating with Defendants' counsel; and

(K) Performing other appropriate functions.

Interim Co-Lead Counsel may delegate responsibility for specific tasks to the Executive Committee and individual plaintiffs' counsel in a manner to ensure that this MDL is conducted effectively, efficiently, and economically. Absent order of court, which may be sought by individual plaintiffs' counsel, agreements reached between Interim Co-Lead Counsel and any of Defendants are binding on all Plaintiffs and their counsel.

Pursuant to Civil Rule 23(g)(3), the following attorneys are appointed as Plaintiffs' Executive Committee, and are assigned to the following defendant tracks:

- <u>SuperValu, Inc., and Albertson's LLC</u>. Robert A. Clifford, Clifford Law Offices; Thomas A. Zimmerman, Jr., Zimmerman Law Offices;

- <u>Target Corp. and ICCO-Cheese Company, Inc.</u>.  John J. Driscoll, The Driscoll Firm, P.C.; Janine L. Pollack, Wolf Haldenstein Adler Freeman & Herz LLP;

- <u>Kraft Heinz Foods Company</u>.  L. Timothy Fisher, Bursor & Fisher, P.A.; Todd S. Garber, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP;

- <u>Wal-Mart Stores, Inc., and ICCO-Cheese Company, Inc.</u>.  Michael McShane, Audet & Partners, LLP; Brant Penney, Reinhardt, Wendorf, & Blanchfield; and

- <u>Other Defendants</u>.  Cari Campen Laufenberg, Keller Rohrback L.L.P.

5. Executive Committee shall perform assignments as directed by Interim Co-Lead Counsel and/or the court.

6. Interim Co-Lead Counsel may seek an award of reasonable attorney fees, costs, and expenses in the event a recovery is achieved on behalf of Plaintiffs and the putative classes. All plaintiffs' counsel who expect to seek a fee and cost award are directed to keep contemporaneous records of their time. The records must reflect the date the services were rendered, the nature of the services, the provider, the hourly rate applied, and the hours expended (in tenth hour increments). *See* Doc. 9 at ¶ 12. All plaintiffs' counsel shall provide monthly time reports to Interim Co-Lead Counsel. Starting January 1, 2017, Interim Co-Lead Counsel shall file quarterly reports with the court regarding accrued fees and costs. The court will scrutinize very closely any fee/cost petition that ultimately is submitted.

September 16, 2016

United States District Judge