**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING & SALES PRACTICES LITIGATION | ) ) ) ) ) | Case No. 1:16-cv-5802 (MDL No. 2705) The Hon. Gary Feinerman |
| *This Document Applies to All Cases on The Kraft Heinz Company Track* | ) ) | |

**DEFENDANT KRAFT HEINZ COMPANY'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Kraft Heinz Company ("Kraft Heinz"), by and through its undersigned attorneys, hereby moves to dismiss Plaintiffs' Consolidated Class Action Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Kraft Heinz's accompanying Memorandum of Law. Plaintiffs oppose this motion.

Respectfully submitted,

JENNER & BLOCK LLP

Dated: January 6, 2017

By: */s/ Dean N. Panos*
Dean N. Panos (Ill. Bar #6203600)
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
dpanos@jenner.com

*Attorneys for Defendant
The Kraft Heinz Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant Kraft Heinz Company's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint was filed on January 6, 2017 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  January 6, 2017                             By: */s/ Dean N. Panos*
                                                                       Dean N. Panos