UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION </br></br></br> *This Document Relates to All Cases on the Wal-Mart Track* | ) MDL No. 2705 </br> ) No. 16 cv 5802 </br> ) </br> ) </br> ) Hon. Gary S. Feinerman </br> ) United States District Court Judge </br> ) </br> ) |

## MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6), and 9(b), Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its undersigned counsel, hereby moves this Court for an Order dismissing Plaintiffs' Consolidated Class Action Complaint ("Complaint") against Wal-Mart with prejudice. The grounds for Wal-Mart's motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Wal-Mart respectfully requests that the Court dismiss the Complaint in its entirety with prejudice, and grant Wal-Mart any other relief as this Court deems just and proper.

Dated: January 6, 2017

Respectfully submitted,

*/s/ Francis A. Citera*
Francis A. Citera (ARDC # 6185263)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400  Telephone
(312) 456-8435  Facsimile
citeraf@gtlaw.com

David E. Sellinger
Greenberg Traurig, LLP
500 Campus Drive, Suite 400

Florham Park, New Jersey 07932
(973) 360-7900 Telephone
(973) 301-8410 Facsimile
sellingerd@gtlaw.com

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed on January 6, 2017 with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

                                              */s/ Francis A. Citera*