**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |
| *This Document Relates to All Cases on The Kraft Heinz Company Track* | |

## NOTICE OF SETTLEMENT

Kraft Heinz and *pro se* Mr. David Greenstein have recently reached a settlement in which Mr. Greenstein has agreed to dismiss his claims against Kraft Heinz. The hearing for Mr. Greenstein's motion to remand (which was filed prior to settlement), however, still remains on the calendar for February 14, 2017. *See* ECF No. 183. This settlement obviates the need for this Court to resolve his pending motion to remand. Because the parties are still in the process of finalizing the terms of the settlement, Kraft Heinz respectfully requests that this Court take the hearing set on February 14, 2017 off calendar to permit the parties to complete the process of settling this case.

Dated: February 13, 2017

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Dean N. Panos*_____
    Dean N. Panos
    353 N. Clark Street
    Chicago, IL 60654-3456
    Tel.: (312) 222-9350
    dpanos@jenner.com

Attorneys for The Kraft Heinz Company

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was filed on February 13, 2017 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system. The undersigned also certifies that a copy of the foregoing document was served on *pro se* Plaintiff David Greenstein via U.S. mail, postage prepaid, at the following address:

David Greenstein

17639 Sherman Way, A-35

Van Nuys, CA 91406

The undersigned also certifies that a copy of the foregoing document was served on Mr. Greenstein via email at the following address: talosian70@hotmail.com

Dated: February 13, 2017            By: */s/ Dean N. Panos*_____

                                                                     Dean N. Panos