**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING & SALES PRACTICES LITIGATION<br><br>*This Document Applies to the Following Lawsuit on the Kraft Heinz Company Track:*<br>*Greenstein v. Kraft Heinz Foods Co., Case No. 2:16-cv-3345 (transferred from C.D. Cal.)* | Case No. 1:16-cv-5802<br>(MDL No. 2705)<br><br>The Hon. Gary Feinerman |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by stipulation of the parties, *pro se* Plaintiff David Greenstein hereby dismisses his lawsuit against Defendant Kraft Heinz Company with prejudice, with each party to bear its own fees, costs, and expenses.

                                            Respectfully submitted,

Dated: March 23, 2017                By:   */s/ David Greenstein*

                                            David Greenstein
                                            17639 Sherman Way
                                            Van Nuys, CA 91406
                                            (818) 570-56650
                                            talosian70@hotmail.com

                                            *Pro se* Plaintiff

Dated:  March 23, 2017        By:    */s/ Kenneth K. Lee*

                         Kenneth K. Lee (*pro hac vice*)
                         JENNER & BLOCK LLP
                         633 West 5th Street, Suite 3600
                         Los Angeles, CA 90017
                         (213) 239-5100
                         klee@jenner.com

                         *Attorneys for the Kraft Heinz Company*

## ATTESTATION OF FILER

The undersigned hereby certifies that all signatories listed, and whose behalf this brief is filed, concur in the filing's content and have authorized the filing.

Dated:  March 23, 2017        By: */s/ Kenneth K. Lee*
                                      Kenneth K. Lee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed on March 23, 2017 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  March 23, 2017        By: */s/ Kenneth K. Lee*
                                        Kenneth K. Lee