UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases on the Kraft Heinz Company Track* | Case No. 16 cv 5802<br><br>MDL No. 2705<br><br>Judge Gary S. Feinerman |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MAEBETTY KIRBY

The undersigned respectfully requests leave to withdraw the appearance of Maebetty Kirby on behalf of Plaintiff Dan Lang. As of June 8, 2018, Maebetty Kirby is no longer with the firm of Zimmerman Law Offices, P.C. Plaintiff remains represented by Thomas A. Zimmerman, Jr. and Nickolas J. Hagman. Permitting Ms. Kirby to withdraw as counsel for Plaintiff will not jeopardize the case or otherwise negatively impact Plaintiff's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, Plaintiff Dan Lang respectfully requests that Maebetty Kirby be granted leave to withdraw her appearance on behalf of Plaintiff *instanter*.

Dated: June 11, 2018

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile