UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

**SEVENTH QUARTERLY REPORT REGARDING TIME, COSTS, AND EXPENSES**

Pursuant to the Court's September 16, 2016 Order (ECF No. 111), Plaintiffs, by and through undersigned Interim Co-Lead Counsel, submit the following quarterly report regarding time, costs, and expenses.

The following charts represent amounts calculated from reports submitted to Interim Co-Lead Counsel as of July 3, 2018. The charts reflect time, costs, and expenses accrued during the period from March 1, 2018, through May 31, 2018, as well as the total of time, costs, and expenses previously reported to the Court. Whether or not time, costs, and expenses shown below will be incorporated in any future fee petition (which, of course, is subject to Court approval and order) in this matter is subject to later review by Interim Co-Lead Counsel.

**Interim Co-Lead Counsel Firms:**

| Lodestar accrued during 3/1/2018 to 5/31/2018: | Costs and expenses accrued during 3/1/2018 to 5/1/2018: | Previously reported lodestar: | Previously reported costs and expenses: |
|---|---|---|---|
| $8,943.00 | $133.43 | $981,063.20 | $36,656.85 |

1

**Other Plaintiff Firms:**

| Lodestar accrued during 3/1/2018 to 5/31/2018: | Costs and expenses accrued during 3/1/2018 to 5/1/2018: | Previously reported lodestar: | Previously reported costs and expenses: |
|---|---|---|---|
| $265.50 | $0 | $773,354.82 | $21,900.62 |

Dated: July 3, 2018

Respectfully submitted,

 s/ Ben Barnow

Ben Barnow
Erich P. Schork
Barnow and Associates, P.C.
1 North LaSalle St., Suite 4600
Chicago, Illinois 60602
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
(312) 621-2000 (ph)
(312) 641-5504 (fax)

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101
tblood@bholaw.com
(619) 338-1100 (ph)
(619) 338-1101 (fax)

Eduard Korsinksy
Andrea Clisura
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
aclisura@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on July 3, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Anthony Parkhill