# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802 <br> MDL No. 2705 |
| *This Document Relates to All Cases on the Kraft Heinz Company Track* | The Hon. Gary S. Feinerman |

**AGREED MOTION TO CONTINUE DEADLINE TO FILE AMENDED ANSWER**

Defendant Kraft Heinz Company ("Kraft Heinz") respectfully requests that the Court continue its deadline to file an amended answer by fifteen days from August 12, 2021 to and including August 27, 2021. In support of its motion, Kraft Heinz states as follows:

1. On July 30, 2021, the Court set a deadline of August 12, 2021 for Kraft Heinz to file an amended answer to Plaintiffs' Amended Class Action Complaint;

2. Because the main client contact for Kraft Heinz is currently out of the office, Kraft Heinz's counsel requested, and Plaintiffs' counsel agreed to provide, a fifteen-day extension of Kraft Heinz's deadline to file an amended answer;

3. This is Kraft Heinz's first request for an extension of its deadline to file an amended answer, and its requested extension will not affect any other deadlines set by Court order or delay the proceedings in any way.

WHEREFORE, Kraft Heinz respectfully requests a fifteen-day extension of its deadline to file an amended answer to and including August 27, 2021.

Dated: August 10, 2021　　　　　　　　JENNER & BLOCK LLP

　　　　　　　　　　　　　　　　　　By:　/s/ Dean N. Panos
　　　　　　　　　　　　　　　　　　　　Dean N. Panos
　　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654-3456
　　　　　　　　　　　　　　　　　　　　Tel.: (312) 222-9350
　　　　　　　　　　　　　　　　　　　　dpanos@jenner.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　The Kraft Heinz Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed on August 10, 2021 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

| | |
|---|---|
| Dated: August 10, 2021 | By: */s/* Dean N. Panos_____<br>Dean N. Panos |