# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION<br><br>*This Document Relates to All Cases on the Walmart Track* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman<br>Magistrate Judge Jeffrey Cummings |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiffs and Defendant Walmart Inc., f/k/a Wal-Mart Stores, Inc. ("Walmart"), respectfully submit the Joint Status Report Regarding Settlement as ordered on October 18, 2021 (Dkt. No. 476). The Parties state as follows:

1. Magistrate Judge Jeffrey Cummings asked the Parties to "file an updated status report on settlement setting forth whether the parties are mutually interested in scheduling a settlement conference with the Court." (Dkt. No. 476). The parties wish to update the Court as follows:

2. The Parties have agreed to private mediation with former U.S. District Court Chief Judge James Holderman. The parties had a preliminary meeting with Judge Holderman this morning, November 15, 2021, and are scheduled to mediate this dispute in front of Judge Holderman on December 9, 2021.

3. As the Parties are using a private mediator, the Parties do not believe that a settlement conference with the Court would be productive at this time.

        Respectfully submitted,

Dated: November 15, 2021        GREENBERG TRAURIG LLP

By:   *s/ Francis A. Citera*
Francis A. Citera
Brian D. Straw
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312/456-8400
citeraf@gtlaw.com
strawb@gtlaw.com

David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973/360-7900
sellingerd@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.; and Wal-Mart Stores East, L.P.*

Dated: November 15, 2021        BLOOD HURST & O'REARDON, LLP

By:   *s/ Timothy G. Blood*
Timothy G. Blood (149343CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
205 West Randolph, Suite 1630
Chicago, IL 60606
Tel: 312/621-2000
b.barnow@barnowlaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 15, 2021, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on November 15, 2021.

*s/ Francis A. Citera*
Francis A. Citera
