# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING & SALES PRACTICES LITIGATION<br><br>*This Document Relates to*:<br><br>*Randolph* v. *Kraft Heinz Foods Co.* (16-6168) | Case No. 1:16-cv-05802<br>MDL 2705<br><br>The Honorable Gary S. Feinerman |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Melissa Randolph and Defendant Kraft Heinz Company (named as Kraft Heinz Foods Company) hereby stipulate to the dismissal with prejudice of the action *Randolph v. Kraft Heinz Foods Company*, Case No. 1:16-cv-6168, with all parties to this stipulation to bear their own fees and costs.

Dated: December 14, 2021

THE WRIGHT LAW OFFICE, P.A.

By: */s/ Will Wright*

Will Wright
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (561) 514-0904
willwright@wrightlawoffice.com

*Attorneys for Plaintiff Melissa Randolph*

Dated: December 14, 2021

JENNER & BLOCK LLP

By: *s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2765
dpanos@jenner.com

*Attorneys for Defendant Kraft Heinz Company*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was filed on December 14, 2021 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: December 14, 2021                  By: */s/ Dean N. Panos*
                                                                          Dean N. Panos