# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION | Civil No. 1:16-cv-05802<br>MDL 2705<br>Judge Gary S. Feinerman |
| *This Document Relates to All Cases* | |

## JOINT STATUS REPORT

Pursuant to ECF No. 501, Plaintiffs and Walmart submit this joint report regarding the status of settlement. A settlement agreement has been reduced to writing. The Parties have agreed to the resolution of a minor open item and are documenting that supplement.

The Parties anticipate submitting a request for dismissal of the case pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) within twenty-one (21) days.

Respectfully submitted,

Dated: July 14, 2022

BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*

Timothy G. Blood (149343CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
205 West Randolph, Suite 1630
Chicago, IL 60606
Tel: 312/621-2000
b.barnow@barnowlaw.com

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP

00193169

30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Interim Co-Lead Counsel*

Dated: July 14, 2022                    GREENBERG TRAURIG LLP

By:   *s/ Francis A. Citera*
Francis A. Citera
Brian D. Straw
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312/456-8400
citeraf@gtlaw.com
strawb@gtlaw.com

David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973/360-7900
sellingerd@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.; and Wal-Mart Stores East, L.P.*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 14, 2022                    BLOOD HURST & O'REARDON, LLP

By:   *s/ Timothy G. Blood*
Timothy G. Blood (149343CA)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2022, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on July 14, 2022.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD
