# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil No. 1:16-cv-05802 <br><br> MDL 2705 |
| *This Document Relates to:* <br><br> IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION, Case No. 1:16-cv-05802 | Judge Gary S. Feinerman <br><br> Magistrate Judge Jeffrey Cole |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alan Ducorsky, Becky Sikes, Larry Rollinger, Jr., Rita Schmoll, Michael Wills, and Nancy Reeves and Defendant Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart") hereby stipulate to the dismissal with prejudice of the action *In re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, Case No. 1:16-cv-05802, with all parties to this stipulation to bear their own fees and costs.

Dated: October 26, 2022

Respectfully submitted,

/s/ *Brian D. Straw*
Francis A. Citera
Brian D. Straw
Greenberg Traurig LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312/456-8400
citeraf@gtlaw.com
strawb@gtlaw.com

David E. Sellinger
Greenberg Traurig LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973/360-7900
sellingerd@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.; and Wal-Mart Stores East, L.P.*

Dated: October 26, 2022

Respectfully submitted,

/s/ *Ben Barnow*
Ben Barnow
Anthony L. Parkhill
Barnow & Associates, P.C.
205 West Randolph, Suite 1630
Chicago, IL 60606
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
(312) 621-2000 (ph)
(312) 641-5504 (fax)

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
tblood@bholaw.com
(619) 338-1100 (ph)
(619) 338-1101 (fax)

Eduard Korsinsky
Levi & Korsinsky LLP
55 Broadway, 10th Floor
New York, NY 10006
ek@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 26, 2022, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 26, 2022.

/s/ *Brian D. Straw*